IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROBERT JARAMILLO,**

      **Plaintiff,**

**v.**                                                       **Case No. 1:12-cv-227 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

      **Defendant.**

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND ORDER FOR SERVICE OF PROCESS

THIS MATTER comes before the Court on Plaintiff's Motion for Order Granting Application to Proceed In Forma Pauperis and Directing Service [Doc. 2] ("Motion").

Plaintiff submitted an affidavit indicating he is indigent. He requests that he be permitted to proceed in accordance with 28 U.S.C. § 1915 and be authorized to file his Complaint without paying the filing fee. Plaintiff having made the requisite showing,

IT IS ORDERED that Plaintiff's Motion is hereby granted and he will be permitted to proceed in this action without payment of a filing fee, costs, or security therefore.

IT IS FURTHER ORDERED that the United States Marshal is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**