IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT JARAMILLO,

    Plaintiff,

v.                                      No. 12-cv-227 SMV

MICHAEL J. ASTRUE,
**Commissioner of the Social Security Administration**

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum no later than **Thursday, July 12, 2012**;

(2) Defendant shall file a Response no later than **Thursday, September 6, 2012**;

(3) Plaintiff may file a Reply no later than **Thursday, October 4, 2012**;

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**